No. D–228. In re Disbarment of Fry. It is ordered that Harry A. Fry, of Pasadena, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–229. In re Disbarment of Lisner. It is ordered that Donald H. Lisner, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–230. In re Disbarment of Conroy. It is ordered that Thomas A. Conroy, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–232. In re Disbarment of McClellan. It is ordered that Howard B. McClellan, of McLean, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85, Orig. Texas v. Oklahoma. Motion of Texas Power & Light Co. for leave to intervene denied. [For earlier order herein, see, e. g., ante, p. 905.]

No. 87, Orig. California v. Texas. Motion of Citizens for a Better Environment et al. for leave to file a brief as amici curiae granted. Motion of plaintiffs to defer consideration denied. The temporary restraining order entered March 9, 1981 [ante, p. 977], is vacated. Motion for leave to file a bill of complaint denied without prejudice. [For earlier order herein, see, e. g., ante, p. 1027.]